# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN M. GLASGOW,                                    No. CIV S-10-2858-FCD-CMK

        Plaintiff,

  vs.                                                                <u>     ORDER     </u>

BRUCE MUTTER,

        Defendant.

_____/

      Plaintiff, proceeding in pro se, brings this civil action. Pending before the court is the parties' joint status report and request to take status conference off calendar (Doc. 15).

      The parties have agreed to delay the scheduling/status conference until after the defendant has responded to the complaint. Defendant indicates an intention to respond to the complaint by way of a dispositive motion, to be filed by April 15, 2011. With the assumption that the defendant's response to the complaint will be a motion, the parties agree that any opposition to the motion should be filed by May 6, 2011, and the reply by May 31, 2011. The parties also anticipate a hearing date of June 16, 2011, for the dispositive motion.

      Good cause appearing therefor, the parties' agreement to take the status conference off calendar pending a responsive pleading by the defendant is accepted. The status

conference set for March 10, 2011, at 10:00 a.m., is hereby taken off calendar.  The status conference will be reset, if necessary, following the submission of defendant's response to the complaint.

       IT IS SO ORDERED.

DATED: March 4, 2011

                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE