BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. GLASGOW,<br><br>             Plaintiff,<br><br>       v.<br><br>BRUCE MUTTER,<br><br>             Defendant. | 2:10-cv-2858 FCD CMK PS<br><br>**STIPULATION AND ORDER FOR INITIAL EXTENSION OF RESPONSE DATE AND RESETTING OF BRIEFING SCHEDULE**<br><br>Date:   Sep. 8, 2011<br>Time:   10:00 AM<br>Judge:  CMK |

   The parties jointly request modification of the Order filed March 4, 2011, as follows:

(1)   to extend the Fed. R. Civ. P. 12 date for response to the complaint by seven weeks, from April 15, 2011, until June 3, 2011; and

(2)   if the response is a motion, to reset the briefing schedule so that plaintiff's opposition is due to be filed by June 30, 2011, defendant's reply is due to be filed by July 27, 2011, and hearing before Judge Kellison is September 8, 2011, at 10:00 a.m.

   The reason for this request is that a chain of paperwork that impacts the substance of the defenses to be asserted needs to go from defendant Mutter to his commanding officer in Sacramento, from the commanding officer to Army headquarters, from Army headquarters to the Civil Division of the Department of Justice in Washington DC, from the Civil Division to the United States Attorney's Office in Sacramento, from the United States Attorney's Office to the defendant, and from the defendant to the United States Attorney's Office, in that order.

1  The paperwork has been delayed unexpectedly.  At this writing, defense counsel understands
2  that the second link in the chain, that is, from the commanding officer to Army headquarters,
3  is pending.  Counsel expects that the full chain of paperwork will be completed in time to
4  make the complaint response by the requested date of June 3, 2011.

5      The briefing schedule is designed to accommodate plaintiff's and defense counsel's
6  scheduled absences in August 2011.

7      The total requested extension of the response date is seven weeks.  No extension of
8  this time has been requested or granted before now.

10  Dated:  April 10, 2011        /s/ Brian M. Glasgow
       BRIAN M. GLASGOW
11         Plaintiff Pro Se

12  Dated:  April 6, 2011        BENJAMIN B. WAGNER
       United States Attorney

       By:        /s/ YHimel
14         YOSHINORI H. T. HIMEL
       Assistant U. S. Attorney

17         ORDER

18      Good cause appearing, the date for response to the complaint is EXTENDED from
19  April 15, 2011, until June 3, 2011.  If the response is a motion, hearing shall be set before
20  Judge Kellison for September 8, 2011, at 10:00 a.m., and the briefing schedule set by Order
21  filed March 4, 2011, is RESET so that plaintiff's opposition is due to be filed by June 30,
22  2011, and defendant's reply is due to be filed by July 27, 2011.

23      It is APPROVED and SO ORDERED.

25  DATED:  April 15, 2011

       CRAIG M. KELLISON
       UNITED STATES MAGISTRATE JUDGE